Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCERA THERAPEUTICS, INC., ECKARD WEBER, LINDA S. GRAIS, WILLARD DERE, STEVEN P. JAMES, NINA KJELLSON, ANNE M. VANLENT, WENDELL WIERENGA, MAK LLC, MEH ACQUISITION CO., and MALLINCKRODT PLC,<br><br>Defendants. | Case No. 3:17-cv-06636-EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Plaintiff intends to file a petition to have the Court determine his counsel's claim for mootness fees and expenses pursuant to Local Rule 54-5 over which the Court will retain continuing jurisdiction.

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: February 8, 2018 | **WEISSLAW LLP**<br><br>By: _____<br>Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br><br>*Attorneys for Plaintiff* |

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I, Joel E. Elkins, hereby certify under penalty of perjury that on February 8, 2018, I caused a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** to be served upon the following parties:

All Parties of Record (via CM/ECF)

                                        s/   *Joel E. Elkins*
                                              Joel E. Elkins