Michael T. Jones (SBN 290660)
*mjones@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: (650) 752-3100
Fax: (650) 853-1038

Nicholas A. Reider (SBN 296440)
*nreider@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111-4003
Tel.: (415) 733-6000
Fax: (415) 203-3107

*Counsel for Defendants Ocera Therapeutics, Inc., Eckard Weber, Linda S. Grais, Willard Dere, Steven P. James, Nina Kjellson, Anne M. VanLent, and Wendell Wierenga*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OCERA THERAPEUTICS, INC., ECKARD WEBER, LINDA S. GRAIS, WILLARD DERE, STEVEN P. JAMES, NINA KJELLSON, ANNE M. VANLENT, WENDELL WIERENGA, MAK LLC, MEH ACQUISITION CO., and MALLINCKRODT PLC, <br><br> Defendants. | Case No. 3:17-cv-06636-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING DATE OF HEARING ON PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES** <br><br> Date: March 29, 2018 <br> Time: 1:30 P.M. <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Anthony Franchi ("Plaintiff") and Defendants Ocera Therapeutics, Inc., Eckard Weber, Linda S. Grais, Willard Dere, Steven P. James, Nina Kjellson, Anne M. VanLent, Wendell Wierenga, MAK LLC, MEH Acquisition Co., and Mallinckrodt PLC ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate to set the briefing schedule and continue the hearing date regarding Plaintiff's Motion for An Award of Attorney's Fees and Expenses (the "Motion") (Dkt. Nos. 12 and 13) in the above-captioned action, as follows:

WHEREAS, this case was filed as a putative class action on November 17, 2017, by Anthony Franchi, a putative stockholder of Ocera Therapeutics, Inc. ("Ocera"), captioned *Anthony Franchi v. Ocera Therapeutics, Inc. et al.*, Case No. 3:17-cv-06636-EMC (the "Action") (Dkt. No. 1), alleging violations of Sections 14(e), 14(d), and 20(a) of the Securities Exchange Act of 1934 and related regulations with respect to disclosures in a Schedule 14D-9 Solicitation/Recommendation Statement (the "Recommendation Statement") soliciting stockholder approval of a merger with Mallinckrodt PLC through its subsidiaries;

WHEREAS, Defendants have not been served in this Action;

WHEREAS, on February 8, 2018, Plaintiff filed a Notice of Voluntary Dismissal of the Action (Dkt. No. 11);

WHEREAS, on February 22, 2018, Plaintiff filed the Motion, and initially noticed the hearing on the Motion for March 29, 2018 at 1:30 p.m. before this Court;

WHEREAS, Defendants intend to oppose the Motion;

WHEREAS, this Action has been voluntarily dismissed and no other motions or deadlines are pending in this Action;

WHEREAS, the Parties agree and respectfully submit that continuing the date of the hearing on the Motion, and resetting the briefing schedule concerning the Motion, would provide the Parties and the Court additional time necessary to adequately address and assess the Motion; and

WHEREAS, the Parties do not seek to stipulate to the following schedule for the purpose of delay;

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, as follows:

1. Defendants shall file a consolidated brief in opposition to the Motion not to exceed 25 pages on or before March 29, 2018;

2. If Defendants file a brief in opposition to the Motion, Plaintiff shall file his reply brief on or before April 20, 2018;

3. The hearing on the Motion shall take place on May 3, 2018 at 1:30 p.m., or soon thereafter as the Court finds appropriate;

4. Defendants are specially appearing and entering into this Stipulation solely for the limited purpose of agreeing on scheduling with respect to the Motion, and nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including rights and defenses related to the absence of service on Defendants in this Action.

Respectfully submitted,

DATED: March 8, 2018
*/s/ Michael T. Jones*
Michael T. Jones

Michael T. Jones (SBN 290660)
*mjones@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: (650) 752-3100
Fax: (650) 853-1038

Nicholas A. Reider (SBN 296440)
*nreider@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111-4003
Tel.: (415) 733-6000
Fax: (415) 203-3107

*Counsel for Defendants Counsel for Defendants Ocera Therapeutics, Inc., Eckard Weber, Linda S. Grais, Willard Dere,*

| | | |
|---|---|---|
| 1 | | *Steven P. James, Nina Kjellson, Anne M. VanLent, and Wendell Wierenga* |
| 2 | | |
| 3 | DATED: March 8, 2018 | */s/ Christin J. Hill* |
| 4 | | Christin J. Hill |

Anna Erickson-White (SBN 161385)
*awhite@mofo.com*
Christin J. Hill (SBN 247522)
*chill@mofo.com*
**MORRISON & FOERSTER LLP**
425 Market St.
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Defendants Mallinckrodt PLC, MAK LLC, and MEH Acquisition Co.*

DATED: March 8, 2018            */s/ Joel E. Elkins*
                                                Joel E. Elkins

Joel E. Elkins (SBN 256020)
*jelkins@weisslawllp.com*
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

*Counsel for Plaintiff*

4
STIPULATION AND [PROPOSED] ORDER

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2018

_____

THE HONORABLE
UNITED STATES *[signature: Judge Edward M. Chen — IT IS SO ORDERED]*

# ATTORNEY ATTESTATION

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signatures (/s/) of Joel E. Elkins and Christin J. Hill.

DATED: March 8, 2018

By: <u>*/s/ Michael T. Jones*</u>
Michael T. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By: <u>*/s/ Michael T. Jones*</u>
       Michael T. Jones